

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

___

No. 07-13-00396-CV

___

IN THE INTEREST OF L.L., A CHILD

___

On Appeal from the 108th District Court
Potter County, Texas
Trial Court No. 82,798-E, Honorable Douglas Woodburn, Presiding

___

January 27, 2014

## MEMORANDUM OPINION

### Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Pending before the court is the joint motion of appellant, A.L., and appellee, the Texas Department of Family and Protective Services (Department). Therein, the parties request that the trial court's judgment be reversed to the extent that it terminates the parental relationship between A.L. and his child L.L. The request is made because the Department concedes that it summarily terminated A.L.'s parental rights via an inapplicable statutory procedure and that A.L. has the right to require the Department to prove formal grounds warranting termination.

Because of the Department's concession, we reverse that portion of the trial court's judgment terminating A.L.'s parental relationship with L.L.  In all other things, the judgment is affirmed.  The cause is remanded to the trial court.

Per Curiam